UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S. KATZMANN PRODUCE INC.<br><br>       **Plaintiff,**<br><br>   -against-<br><br>OSCAR PRODUCE INC., *et al.*<br><br>       **Defendants.** | 24-cv-9218<br><br><u>**ORDER**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff filed a declaration in support of its request that the Court enter judgment against Defendants. ECF No. 14. Plaintiff cited to Exhibit B, a copy of the default notice sent to Defendants and proof of delivery, but failed to attach it to the declaration. Plaintiff is ORDERED to refile its declaration attaching all cited exhibits.

**SO ORDERED.**

Dated:    January 31, 2025
      New York, New York

                   *[signature]*
                 _____
                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**