Case 1:24-cv-09218-ALC   Document 22   Filed 02/20/25   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/20/2025

**MEMO ENDORSED**

# LAW OFFICE OF BRUCE LEVINSON

17 Mt. Holly Road East
Katonah, New York 10536
Phone: (212) 750-9898

Bruce Levinson, Principal
bruce.levinson@blevlaw.com

<u>Manhattan Office</u>
369 Lexington Avenue, 3rd Floor
New York, New York 10017
*(Not For Mailing Purposes)*

February 19, 2025

Hon. Andrew L. Carter, Jr.
United States District Court
40 Foley Square
New York, NY 10007

Re: **S. Katzman Produce v. Oscar Produce et al.**
<u>**24 CV 09218**</u>

Honorable Sir:

 I am the attorney for defendants in the above-captioned matter, and write on behalf of counsel for all parties.

 It is respectfully requested that, on consent, the return date of the Court's order to show cause dated February 18, 2025 (Docket No. 19) be adjourned to February 28, 2025. This brief adjournment is requested to allow defendants to make one final payment on February 21, 2025 pursuant to the parties' post-default agreement. If the requisite funds are timely remitted, no further action of the Court will be necessary and Plaintiff will withdraw the Joint Motion and discontinue this action with prejudice.

 Thank you for your attention to this matter.

Respectfully yours,

Bruce Levinson

cc: Louis Diess, Esq.

SO ORDERED:

*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

February 20, 2025
New York, NY